# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JIMMY GUZMAN | § |
| | § Civil Action No. 4:17-CV-621 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## **MEMORANDUM OPINION AND ORDER**

The court, having reviewed Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #20) and Commissioner's Response (Dkt. #22), wherein Defendant does not object to the requested fee, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay seven thousand, fifty-four dollars and ninety-six cents ($7,054.96) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of seven thousand, four hundred fifty-four dollars and ninety-six cents ($7,454.96), payable to Plaintiff; such payment to be mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this the 5th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE